

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00281-CV

Dianne **SCHRAB**,
Appellant

v.

Andrew **ROSSI**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-17-154
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: May 22, 2019

PETITION DENIED, DISMISSED

Dianne Schrab has filed a petition for permissive appeal. She alleges the trial court erred by denying a motion she filed in a suit for dissolution of a common law marriage. *See* TEX. FAM. CODE §§ 6.001–.008 (providing substantive grounds for dissolution of marriage). The petition for permissive appeal is denied. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(d), (e) (providing permissive appeal procedure "does not apply to an action brought under the Family Code.").

PER CURIAM